CHAMPLAIN STONE AND SAND COMPANY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Champlain Stone & Sand Co.* v. *State of New York*, 142 App. Div. 94, affirmed.

(Argued March 8, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 7, 1911, affirming a judgment in favor of claimant entered upon an award of the Court of Claims. The award was for $1,000, whereas $224,392.57 was claimed as damages for the appropriation of certain lands for canal purposes.

*L. B. McKelvey* and *James McPhillips* for appellant.

*Thomas Carmody, Attorney-General* (*Wilber W. Chambers* of counsel), for respondent.

Judgment affirmed, with costs, on the ground that under the Artillery Patent the bed of Wood creek was excepted and the title thereto remained in the crown and thereafter passed to the state; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.